## Jaynes, Appellant, *v.* Jaynes, Appellant.

Argued April 15, 1970. *Zeno Fritz,* for appellant; *Alvar T. Leith,* with him *Lawrence G. Zurawsky,* for appellee.

Argued April 15, 1970. *Lawrence G. Zurawsky,* for appellant; *Zeno Fritz,* for appellee.

OPINION PER CURIAM : In Appeal, No. 369, April T., 1969, the order is affirmed.

In Appeal, No. 392, April T., 1969, the decree is affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.